UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN P. AMELLA and ANDRE J. HAYDEN,<br><br>    Defendants. | No. 11 C 6849 |

**AGREED MOTION FOR ENTRY OF FINAL JUDGMENT
AS TO DEFENDANT STEPHEN P. AMELLA**

Plaintiff United States Securities and Exchange Commission ("Commission") requests, pursuant to the signed Consent of Defendant Stephen P. Amella ("Consent"), that the Court enter the attached proposed Judgment ("Judgment") against Defendant Amella. In support of this agreed motion, the Commission states as follows:

  1. On September 29, 2011, the Commission filed a complaint (dkt. no. 1) against Defendants Stephen P. Amella and Andre J. Hayden alleging violations of various federal securities laws. The Commission's complaint seeks both injunctive and monetary relief against both Defendants.

  2. Pursuant to the signed Consent of Defendant Stephen P. Amella (attached hereto as Ex. A), Defendant Amella has agreed to the entry of the proposed Judgment attached hereto as Ex. B.

3. Entry of the proposed Judgment, pursuant to Amella's Consent, will resolve all claims in the complaint against Defendant Amella.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Judgment attached hereto as Exhibit B.

        Respectfully Submitted,

        s/Daniel J. Hayes
        Daniel J. Hayes
        Attorneys for Plaintiff
        U.S. SECURITIES
        AND EXCHANGE COMMISSION
        175 West Jackson Boulevard
        Chicago, Illinois 60604
        Telephone: (312) 353-7390
        Facsimile: (312) 353-7398

## **CERTIFICATE OF SERVICE**

      I, Daniel Hayes, an attorney for Plaintiff, hereby certify that on September 24, 2012, I caused the foregoing document to be filed with the Court's ECF/CM filing system which will automatically serve a copy of the document on:

    Patrick J. Cotter, Esq.
    Barnes & Thornburg LLP
    Suite 4400
    One North Wacker Drive
    Chicago, Illinois 60606-2833

and that I served a copy of the document, via electronic mail and U.S mail, properly addressed and postage prepaid, on:

    Andre Hayden
    2593 Duplex Road
    Apartment C-6
    Spring Hill, Tennessee 37174
    andrehayden@comcast.net


                                        /s/ Daniel Hayes