# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6849 | **DATE** | 9/25/2012 |
| **CASE TITLE** | UNITED STATES SECURITIES AND EXCHANGE vs. STEPHEN P. AMELLA, ET AL | | |

**DOCKET ENTRY TEXT**

Enter judgment as to defendant Stephen P. Amella.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | TP |
|---|---|---|